### CONNORS, Respondent, *v.* WALSH, Appellant.

*(Supreme Court, General Term, Third Department.　September 25, 1891.)*

Action by Patrick J. Connors against William Walsh.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.　Judgment and order affirmed, with costs.

---

### CROOKS, Respondent, *v.* MILWAUKEE & M. INS. CO., Appellant.
### SAME *v.* AMERICAN CENT. INS. CO., Appellant.

*(Supreme Court, General Term, Third Department.　September 25, 1891.)*

Two actions by George W. Crooks, one against the Milwaukee & Michigan Insurance Company, and the other against the American Central Insurance Company.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.　Each order affirmed, with $10 costs and printing disbursements.

---

### DEXTER, Appellant, *v.* DUSTIN *et al.*, Respondents.

*(Supreme Court, General Term, Third Department.　September 25, 1891.)*

Action by Orlando P. Dexter against William D. Dustin and others.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.　Judgment reversed, and new trial granted on the issues ordered as for mistrial, costs to abide event.

---

### DILLON, Respondent, *v.* LEE, Appellant.

*(Supreme Court, General Term, Third Department.　September 25, 1891.)*

Action by John Dillon against William Lee.

Argued before LEARNED, P. J., and MAYHAM, J.

No opinion.　Judgment and order affirmed, with costs.

---

### FIRE DEPARTMENT OF KINGSTON, Respondent, *v.* DERRENBACHER, Appellant, (three cases.)

*(Supreme Court, General Term, Third Department.　September 25, 1891.)*

Actions by the Fire Department of Kingston against John P. Derrenbacher.

Argued before LEARNED, P. J., and LANDON, J.

No opinion.　Order affirmed, with $10 costs and printing disbursements.

---

### *In re* JUBIN.

*(Supreme Court, General Term, Third Department.　September 25, 1891.)*

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.　Order affirmed, with $10 costs and printing disbursements.

---

### KERR, Respondent, *v.* HAMMER, Appellant.

*(Supreme Court, General Term, Third Department.　September 25, 1891.)*

Action by Alexander H. Kerr, as commissioner of highways of the town of Edwards, against Mary Hammer.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.　Motion for reargument denied.　For opinion on appeal, see 15 N. Y. Supp. 605.